Priority ____
Send ____
Enter ____
Closed ____
JS-5/JS-6 ✓
JS-2/JS-3 ____
Scan Only ____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHENAI BRINEZ,<br><br>         Plaintiff,<br><br>    vs.<br><br>NCO GROUP, INC., NCO FINANCIAL SYSTEMS, INC., DIANNA JENNINGS, an individual, and DOES 1 through 50,<br><br>         Defendants. | Case No. 12 CV 2731 RGK RNBx<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE |

Based on the Stipulation to Dismiss Entire Action with Prejudice by Plaintiff Chenai Brinez and Defendants Expert Global Solutions, Inc. f/k/a NCO Group, Inc. and NCO Financial Systems, Inc., the above-captioned action is hereby dismissed in its entirety with prejudice. Plaintiff Chenai Brinez and Defendants

1 | Expert Global Solutions, Inc. f/k/a NCO Group, Inc. and NCO Financial Systems,
2 | Inc. will bear their own attorneys fees and costs.
3 |
4 | **IT IS SO ORDERED.**
5 | Dated: 06·07·2012
6 |
7 | _____
  | HON. R. GARY KLAUSNER
8 | UNITED STATES DISTRICT JUDGE